IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

CASE NO. 18-CR-20655-MGC

v.

GERALD JAROME SPATE,
    Defendant.
_____/

## MOTION FOR JUDICIAL RECOMMENDATION AT SENTENCING

COMES NOW, the Defendant, GERALD JAROME SPATE, through undersigned counsel, and files this Motion for Judicial Recommendations at Sentencing and as follows:

1. <u>Judicial Recommendation for Designation to a South Florida Facility</u>:

Mr. Spate respectfully requests this Honorable Court recommend that he be designated to a South Florida Facility.  This will permit him to maintain regular contact with his family and children.

WHEREFORE, Mr. Spate respectfully requests this Honorable Court make the forgoing Judicial recommendation.

                    Respectfully submitted,

                    Anthony J. Stonick
                    Attorney at Law
                    10 High Point Road
                    Suite C
                    Tavernier, FL  33070

        Ph. (305) 324-7888
        ajstonick@gmail.com

       By: <u>/s/ Anthony J. Stonick</u>
        Anthony J. Stonick
        Florida Bar Number 28770

<u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that on this 22nd day of April, 2018, I electronically filed the foregoing Motion for Judicial Recommendation at Sentencing with the Clerk of the Court by using CM/ECF.

       By: <u>/s/ Anthony J. Stonick</u>
        Anthony J. Stonick