IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

CASE NO. 18-CR-20655-MGC

v.

GERALD JAROME SPATE,
    Defendant.
_____/

## MOTION FOR CREDIT FOR TIME SERVED AND IMPOSITION OF CONCURRENT SENTENCE - USSG §5G1.3(4)

COMES NOW, THE DEFENDANT, GERALD JAROME SPATE, by and through undersigned counsel, and respectfully moves this Honorable Court to Grant him credit for the time he has served in Federal Custody and to impose his term of imprisonment concurrently to his undischarged term of Florida State Prison and as grounds in support would state:

    1.    **Credit for Time Served while in Federal Custody:** On November 6, 2018, Mr. Spate was taken into Federal Custody for this matter by the U.S. Marshalls pursuant to a Writ of Habeas Corpus ad prosequendum.  Mr. Spate was serving a five year term of imprisonment in a Florida prison at the time of his arrest in this Federal matter.  As such, Florida State Prison is the primary custodian of Mr. Spate and he will be returned to Florida State Prison upon conclusion of his Federal Matter.  In effect, Mr. Spate has been 'on loan' to the Federal Marshalls while continuing to serve his Florida

State sentence and he may not be credited with the time he has served in the Federal system without a Judicial finding.

This Honorable Court has discretion to allow him to receive credit for time served while in Federal Custody since November 6, 2018.

2. **Imposition of a concurrent sentence with undischarged term of Florida State Prison:** 18 U.S.C. 3584(a) permits this Court to impose a Federal term of imprisonment to run concurrently with any undischarged term of State imprisonment. The conspiracy charged in this case dates back to 2012, yet an indictment was not sought until nearly six years later in 2018. In the interim, Mr. Spate has found himself serving a five year prison term in Florida. Justice and fairness support a concurrent sentence under these circumstances.

WHEREFORE, Mr. Spate respectfully requests this Honorable Court grant him credit for time served in Federal Custody and to impose his sentence concurrently with his undischarged term of State prison.

Respectfully submitted,

Anthony J. Stonick
Attorney at Law
10 High Point Road
Suite C
Tavernier, FL  33070
Ph.    (305) 324-7888
ajstonick@gmail.com

By:    /s/ Anthony J. Stonick
       Anthony J. Stonick
       Florida Bar Number 28770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2019, I electronically filed the foregoing MOTION FOR CREDIT FOR TIME SERVED AND IMPOSITION OF CONCURRENT SENTENCE - USSG §5G1.3(4) with the Clerk of the Court by using CM/ECF.

By: /s/ Anthony J. Stonick
Anthony J. Stonick