IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

CASE NO. 18-CR-20655-MGC

v.

GERALD JAROME SPATE,
    Defendant.
_____/

## AMENDED MOTION FOR DOWNWARD DEPARTURE OF CRIMINAL HISTORY CATEGORY - USSG §4A1.3

COMES NOW, THE DEFENDANT, GERALD JAROME SPATE, by and through undersigned counsel, and respectfully moves this Honorable Court for a Downward Departure of his Criminal History Category from IV to III and as grounds in support would state:

1.    Mr. Spate has seven criminal history category points resulting in a Criminal History Category of IV (PSI para. 50).  One point is for a 2004 DUI offense and the other six points result from two felony convictions for which he has been sentenced to a concurrent term of five years in Florida State Prison.

Both of the offenses for which Mr. Spate is serving his state prison term occurred subsequent to his involvement in this tax fraud conspiracy.  The first case was originally closed with a term of probation in 2014.  That probation was revoked when he was arrested for the second case in 2015.  A concurrent sentence was imposed to resolve both

cases, however, the effect is that each offense is counted separately for criminal history points purposes and inflates his criminal history points significantly.

2. A Criminal History Category of IV is unwarranted where the offenses that increase his criminal history category from III to IV consist of a 2004 DUI offense and concurrent prison terms for felony offenses counted separately. Under these circumstances the Court may grant a downward departure of Mr. Spate's Criminal History Category on the basis that criminal points for concurrent prison sentences substantially over-represent the seriousness of his criminal history.

WHEREFORE, Mr. Spate respectfully moves this Honorable Court for a Downward Departure of his Criminal History Category from IV to III.

Respectfully submitted,

Anthony J. Stonick
Attorney at Law
10 High Point Road
Suite C
Tavernier, FL  33070
Ph.    (305) 324-7888
ajstonick@gmail.com

By:    /s/ Anthony J. Stonick
       Anthony J. Stonick
       Florida Bar Number 28770

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2019, I electronically filed the foregoing MOTION FOR DOWNWARD DEPARTURE OF CRIMINAL HISTORY CATEGORY - USSG §4A1.3 with the Clerk of the Court by using CM/ECF.

By:    /s/ Anthony J. Stonick
       Anthony J. Stonick