**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 18-20655-CR-COOKE/GOODMAN**

**UNITED STATES OF AMERICA**

**vs.**

**GERALD JEROME SPATE,**

        **Defendant.**
_____/

**MOTION REGARDING CREDIT FOR TIME SERVED AS SPECIFIED IN JUDGMENT**

      The United States of America hereby files this Motion regarding credit for time served, as specified in the Judgment [ECF No. 72].

      1.      On May 8, 2019, the Court entered an Amended Judgment [ECF No. 72], sentencing the defendant to 24 months imprisonment, stating the sentence "shall run concurrently with State Case number 15-9283CF10A," and stating "Defendant shall receive all credit for time served from 11/6/2018."

      2.      On May 10, 2019, the United Stated Probation Office contacted the undersigned and counsel for the defendant, stating that the Bureau of Prisons (BOP) sought clarification on the credit for time served that was ordered in the Judgment.

      3.      Specifically, BOP stated that, on November 6, 2018, the defendant was serving a five-year state sentence and was "borrowed" from the State of Florida on a federal writ of habeas corpus ad prosecution for the instant case. BOP noted that the defendant was receiving credit towards his state sentence for the time since November 6, 2018 that he was in federal custody. BOP further stated that applying credit towards his federal sentence for the time since November 6, 2018 is in contravention of 18 U.S.C. § 3585(b), which permits credit only for prior custody "that had not been

credited against another sentence."

4. Additionally, BOP noted that, in *Wilson v. United States*, 503 U.S. 329 (1992), the United States Supreme Court ruled that calculation of federal sentences, including calculation of time to be credited under 18 U.S.C. §3585(b), rests with the United States Attorney General, delegated to BOP.

5. Accordingly, BOP requests that the Amended Judgment be amended to remove the ordered credit for time served from 11/6/2018.

6. Defendant opposes the relief requested herein.

        Respectfully submitted,
        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:    */s/ Daya Nathan*
        DAYA NATHAN
        Assistant United States Attorney
        Florida Bar No. 74392
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel.: (305) 961-9147
        Fax: (305) 530-7976
        Email: daya.nathan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on May 29, 2019.

*/s/ Daya Nathan*
Assistant United States Attorney
