UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.18-20655-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

GERALD JEROME SPATE,

    Defendant.

_____/

### ORDER ON MOTION REGARDING CREDIT FOR TIME SERVED

THIS CAUSE came before the Court on the Government's *Motion Regarding Credit for Time Served as Specified in Judgment (ECF No.75)*. The Court having reviewed the pertinent information and being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **DENIED.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this 3rd day of June 2019.

MARCIA G. COOKE
United States District Judge